IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBORAH GAIL PAGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV-23-643-SM |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Deborah Gail Page filed this action seeking judicial review of the Commissioner of Social Security's denial of benefits (Doc. No. 1) and requesting to proceed *in forma pauperis*. (Doc. No. 2). Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Suzanne Mitchell for review. On July 26, 2023, Judge Mitchell issued a Report and Recommendation (Doc. No. 3) recommending that the Court deny Plaintiff's *in forma pauperis* application and dismiss this action without prejudice unless Plaintiff makes her first filing fee payment within twenty-one days of an order adopting the Report and Recommendation in accordance with Local Civil Rule 3.3(e). The full filing fee in civil cases is $402.00; Judge Mitchell recommends that Plaintiff make monthly payments of $50.00 until the full filing fee is paid.

Plaintiff has not filed a timely objection to the Report and Recommendation and has not sought an extension of time in which to object. Accordingly, the Report and Recommendation (Doc. No. 3) is hereby ADOPTED IN ITS ENTIRETY. Plaintiff's

application to proceed *in forma pauperis* (Doc. No. 2) is DENIED. Plaintiff shall make her first payment of $50.00 on or before September 7, 2023. Failure to do so will result in a dismissal of this action without prejudice.

    **IT IS SO ORDERED** this 17th day of August 2023.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE